UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-352-BR
No. 5:16-CV-641-BR

| | |
|---|---|
| ARTHUR TRACY VICK,    ) | |
|     Petitioner,    ) | |
| ) | |
| v.    ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA,    ) | |
|     Respondent.    ) | |

This matter is before the court on petitioner's 28 U.S.C. § 2255 motion. (DE # 101.) Because petitioner has previously filed a § 2255 motion, he filed a motion for authorization from the Court of Appeals to file a second or successive § 2255 motion. On 22 July 2016, the Court of Appeals denied that motion. Accordingly, this court is without jurisdiction to review the § 2255 motion, and it is DISMISSED WITHOUT PREJUDICE. The court finds that petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings, a certificate of appealability is DENIED.

    This 28 July 2016.

                                          W. Earl Britt
                                          Senior U.S. District Judge