IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-352-BR

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| ARTHUR TRACY VICK | ) |  |

This matter is before the court on defendant's motion for relief from a sentence enhancement. (DE # 107.) Based on <u>United States v. Davis</u>, 139 S. Ct. 2319 (2019), defendant challenges his sentence and requests that he be resentenced. The court construes this motion as one seeking habeas corpus relief under 28 U.S.C. § 2255. Because defendant has previously filed a § 2255 motion, he must first seek authorization from the Fourth Circuit Court of Appeals before this court can consider another § 2255 motion. <u>See</u> 28 U.S.C. §§ 2244(b), 2255(h). The motion is DISMISSED WITHOUT PREJUDICE. The court finds that defendant has not made "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and therefore, a certificate of appealability is DENIED.

This 9 September 2019.

_____
W. Earl Britt
Senior U.S. District Judge